UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 13 |
| | ) | |
| VERNON DAVID MARTIN | ) | CASE NO. 19-20477-KL |
| | ) | |
| Debtor | ) | |

## APPEARANCE

The undersigned of the law firm of Feiwell & Hannoy, P.C., 8415 Allison Pointe Blvd., Suite 400, Indianapolis, IN 46250, enters an appearance on behalf of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III, a creditor in the above-referenced bankruptcy proceeding, and requests that all matters be directed to their attention.

FEIWELL & HANNOY, P.C.

 /s/ SUSAN M WOOLLEY
SUSAN M. WOOLLEY, Attorney No. 15000-64
Attorney for Wilmington Savings Fund Society,
FSB, D/B/A Christiana Trust as Owner Trustee of
the Residential Credit Opportunities Trust III
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Fax: (317) 237-2717
Email: SWOOLLEY@feiwellhannoy.com

Martin - File No. 042554B03

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on March 11, 2019, to the following:

Vernon David Martin
Debtor
700 Fox River Rd
Valparaiso, IN 46385-8438

Rodney W. Geer
Attorney at Law
55 E. Monroe, Suite 3400
Chicago, IL 60603

Paul R. Chael
Trustee
401 West 84th Drive
Suite C
Merrillville, IN 46410

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2349

/s/ SUSAN M WOOLLEY
SUSAN M. WOOLLEY, Attorney No. 15000-64

Martin - File No. 042554B03